# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORP.,**<br><br>     **Plaintiff,**<br><br> v.<br><br>**SHOPIFY INC.,**<br><br>     **Defendant.** | Case No.: 1:20-cv-00416-MN |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to Plaintiff's complaint is extended up through and including May 29, 2020. This is the first request for an extension.

Dated: April 9, 2020

*Of Counsel:*

Timothy J. Haller
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY & ERNST, LLC
824 N Market St, Ste 1001A
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

***Attorneys for Plaintiff,***
***Internet Media Interactive Corp.***

**IT IS SO ORDERED** this _____ day of April 2020.

                   _____
                   UNITED STATES DISTRICT COURT JUDGE