# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERNET MEDIA INTERACTIVE CORP.,** | |
| **Plaintiff,** | |
| v. | Case No.: 1:20-cv-00416-MN |
| **SHOPIFY INC.,** | |
| **Defendant.** | |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Internet Media Interactive Corp. hereby dismisses all claims in this action WITH PREJUDICE as to Defendant Shopify Inc., with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 29, 2020

*Of Counsel:*

Timothy J. Haller
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY & ERNST, LLC
824 N Market St, Ste 1001A
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

*Attorneys for Plaintiff,*
*Internet Media Interactive Corp.*