**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNET MEDIA INTERACTIVE CORP.,<br><br>        Plaintiff,<br><br>   v.<br><br>SHOPIFY INC.,<br><br>        Defendant. | Case No. 20-416-MN |

**DECLARATION OF MARK N. REITER IN SUPPORT OF MOTION FOR**
**ATTORNEY FEES UNDER 35 U.S.C. § 285**

I, Mark N. Reiter, hereby declare:

1.      I am a resident of the United States and over the age of 21.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP ("GDC"), counsel for defendant Shopify Inc. ("Shopify") in the above-captioned matter.  I am a member in good standing of the State Bar of Texas.  I submit this declaration in support of Shopify's Motion for Attorney Fees under 35 U.S.C. § 285.  I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.      GDC was retained to represent Shopify in the above-captioned matter.  After being retained, preliminary research on the matter and analysis of the complaint was performed in order to make an informed decision on the best course of action to take in response to the Complaint (D.I. 1) filed by Plaintiff Internet Media Interactive Corp. ("IMI").  Shopify is not currently seeking reimbursement for the time spent performing this preliminary work.

1

3.      On April 8, 2020, counsel for IMI sent me an email with several attachments in relation to the above-captioned matter.  As part of this correspondence, IMI shared with Shopify a "True Advertising Value Calculation" that identified IMI's license calculation and license fee.

4.      Upon completion of the preliminary research, Shopify concluded that it would defend the case and would file a motion to dismiss in response to IMI's Complaint (D.I. 1).  As a result, my colleague, Audrey Yang, and I worked to prepare a motion to dismiss, along with two declarations and five exhibits, which are attached hereto as **Exhibit 1**.

5.      On May 29, 2020, as we were making final preparations for filing our motion to dismiss, we received an electronic notice from the Court that IMI had filed a voluntary dismissal with prejudice, and that each party would bear its own costs and fees (D.I. 15).  This notice came without prior notice from IMI.  Shopify had not agreed to bear those expenses.

6.      Accordingly, Shopify is seeking fees incurred beginning May 6, 2020 in connection with the time spent drafting the motion to dismiss.

7.      The tables included in paragraphs 9 and 10 contain true and correct excerpts from GDC's May 2020 non-privileged time entries and fees for preparing the motion to dismiss for this litigation matter.  The descriptive narratives in the detailed time entries reflect the actual, contemporaneous, and non-privileged narratives written by GDC timekeepers.

8.      The following GDC timekeepers billed time in preparing Shopify's motion to dismiss:

a.      I, Mark N. Reiter, a partner in GDC's Dallas, TX office; and

b.      Audrey Yang, an associate in GDC's Dallas, TX office.

9.      The following table contains true and correct excerpts from GDC's May 2020 non-privileged and relevant time entries for Mark N. Reiter:

| Date | Entry | Hours |
|---|---|---|
| 5/6/2020 | Prepare for and attend telephone conference with client regarding case strategy. | 0.7 |
| 5/12/2020 | Communications regarding motion to dismiss. | 0.2 |
| 5/14/2020 | Review Rule 4(k)(2) argument and respond to same. | 0.5 |
| 5/15/2020 | Telephone conference re motion to dismiss. | 0.8 |
| 5/19/2020 | Review materials from plaintiff regarding settlement demand and conferences regarding same. | 0.5 |
| 5/22/2020 | Review and revise motion to dismiss. | 5.5 |
| 5/26/2020 | Review declarations in support of motion to dismiss and conferences regarding same. | 0.5 |
| 5/27/2020 | Review and revise motion to dismiss and conferences regarding same. | 1.0 |
| 5/28/2020 | Review and revise motion to dismiss brief and conferences regarding same. | 1.0 |
| | **Total** | **10.7** |

10.    The following table contains true and correct excerpts from GDC's May 2020 non-privileged and relevant time entries for Audrey Yang:

| Date | Entry | Hours |
|---|---|---|
| 5/6/2020 | Attend telephone conference with client regarding case strategy. | 0.5 |
| 5/11/2020 | Draft personal jurisdiction questions in preparation of motion to dismiss. | 0.5 |
| 5/15/2020 | Discuss strategy on motion to dismiss. | 0.8 |
| 5/18/2020 | Draft motion to dismiss. | 5.3 |
| 5/19/2020 | Draft motion to dismiss. | 7.5 |
| 5/20/2020 | Draft motion to dismiss. | 7.9 |
| 5/21/2020 | Draft motion to dismiss. | 5.5 |
| 5/23/2020 | Proofread motion to dismiss. | 1.6 |
| 5/26/2020 | Draft attorney declaration and client declaration in support of motion to dismiss; prepare exhibits in support of motion to dismiss. | 2.3 |
| 5/27/2020 | Call with client to discuss motion to dismiss; update motion to dismiss based on feedback; finish research regarding past Interactive Media cases. | 3.7 |
| 5/28/2020 | Review and cite check motion to dismiss; draft motion and proposed order; finalize exhibits. | 3.5 |
| | **Total** | **39.1** |

11.    I have personally reviewed the time entries in the preceding tables, and I have verified the accuracy and content of these entries. I believe that they reflect a reasonable amount

of time devoted to the described tasks, and that each such task and cost was reasonably necessary to the litigation of this action.

12.     The following is a summary of the requested GDC fees in preparation of Shopify's motion to dismiss.

| Motion to Dismiss Time Entries | | | |
|---|---|---|---|
| Source | Rate | Time (Hours) | Total |
| Mark N. Reiter | $1,295 | 10.7 | $13,856.50 |
| Audrey Yang | $805 | 39.1 | $31,475.50 |
| **Grand Total** | | | **$45,332.00** |

13.     According to Docket Navigator, IMI has filed a total of seventy-seven cases alleging infringement of the patent at issue in this case.  More recently, IMI has been filing its cases in different district courts.  Based on the information obtained from Docket Navigator, IMI does not appear to have more than three to four active cases at any given time.  The timeline exported from Docket Navigator is attached hereto as **Exhibit 2**.

14.     On June 4, 2020, after filing its voluntary dismissal against Shopify, IMI filed two new cases—one in the District of Delaware and one in the Northern District of California.  *See Internet Media Interactive Corp. v. Danone US, Inc.*, No. 1:20-cv-750 (D. Del. June 4, 2020), D.I. 1; *Internet Media Interactive Corp. v. Airbnb, Inc.*, No. 3:20-cv-3706 (N.D. Cal. June 4, 2020), D.I. 1.  The two complaints are attached hereto as **Exhibits 3–4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2020, in Dallas, Texas.

Mark N. Reiter