# EXHIBIT D

# TO

# DECLARATION OF TIMOTHY J. HALLER IN SUPPORT OF INTERNET MEDIA INTERACTIVE CORP.'S ANSWERING BRIEF IN OPPOSITION TO SHOPIFY INC.'S MOTION UNDER 35 U.S.C. § 285

| | |
|---|---|
| **Subject:** | Internet Media Interactive v. Shopify |
| **Date:** | Monday, April 06, 2020 at 13:17:28 Central Daylight Time |
| **From:** | Reiter, Mark <MReiter@gibsondunn.com> |
| **To:** | Timothy Haller <haller@haller-iplaw.com>, gp@del-iplaw.com <gp@del-iplaw.com> |
| **CC:** | Buroker, Brian M. <BBuroker@gibsondunn.com> |

Dear Tim,

We have been retained to represent Shopify in the case filed by Internet Media Interactive in Delaware.  The docket indicates that Internet Media served the summons on March 25 and that response to the complaint is due April 15.  Shopify has no record of being served and is not registered to do business in Delaware.  Nonetheless, Shopify seeks an extension to respond to the complaint to May 29, 2020.  I understand from George Pazuniak that he would be able to file the requested extension if you agree.

Please let me know if the extension is acceptable.  If so, I will send a draft of the papers to be filed to George.  I am happy to discuss if you have questions and can be reached on my mobile number below.

Thank you,

Mark

**Mark Reiter**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100, Dallas, TX 75201
Tel +1 214.698.3360 • Mobile +1 214.693.1035
MReiter@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.