# EXHIBIT E

## TO

# DECLARATION OF TIMOTHY J. HALLER IN SUPPORT OF INTERNET MEDIA INTERACTIVE CORP.'S ANSWERING BRIEF IN OPPOSITION TO SHOPIFY INC.'S MOTION UNDER 35 U.S.C. § 285

| | |
|---|---|
| **Subject:** | Re: Internet Media Interactive v. Shopify |
| **Date:** | Wednesday, April 08, 2020 at 09:45:26 Central Daylight Time |
| **From:** | Katy Dickman <dickman@haller-iplaw.com> |
| **To:** | Timothy Haller <haller@haller-iplaw.com>, Reiter, Mark <MReiter@gibsondunn.com>, gp@del-iplaw.com <gp@del-iplaw.com> |
| **CC:** | Buroker, Brian M. <BBuroker@gibsondunn.com> |
| **Attachments:** | image001.png, image002.jpg, 1stRequestExtension.docx, 20200408_LReiter.pdf, SA_IMICvShopify.docx, 20200325_LShopify.pdf, Shopify TAV Worksheet.pdf, claim 11_Shopify.pdf |

**SENT ON BEHALF OF TIM HALLER**

Dear Mark:

Attached for your review is a draft Stipulation to Extend Time. Please let our local counsel (included here) know if he can proceed with filing.

Additionally, Tim asked me to send you the attached documents (listed below). Note they are Confidential and Subject To Rule 408, Fed. Rules Of Evid.

1. Letter dated April 8, 2020 containing Infringement Analysis;
2. Draft Confidential Settlement Agreement, License, and Release;
3. Letter dated March 25, 2020 to Joseph A. Frasca (with Complaint and Exhibit A attached thereto);
4. TAV Worksheet; and
5. Claim Chart – Claim 11 of United States Patent No. 6,049,835.

After you have had a chance to review the same, please contact Tim to discuss.

Please let me know if you have any questions.

Kind regards,
Katy

Attachments: 6
------------------------------------------------------------
Katy Dickman
Paralegal

# Haller Law

230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Direct – (847) 863-6702
dickman@haller-iplaw.com
www.haller-iplaw.com

*********************************
** LEGAL DISCLAIMER **
*********************************
This email message and any attachments may contain legally privileged, confidential or proprietary information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this email message from your computer.

**From:** Tim Haller <haller@haller-iplaw.com>
**Date:** Tuesday, April 07, 2020 at 12:54
**To:** "Reiter, Mark" <MReiter@gibsondunn.com>, George Pazuniak <gp@del-iplaw.com>
**Cc:** "Buroker, Brian M." <BBuroker@gibsondunn.com>, Katy Dickman <dickman@haller-iplaw.com>
**Subject:** RE: Internet Media Interactive v. Shopify

Mark---just left you a vm.   Just give me a call when convenient.    Tim

Timothy J. Haller

# Haller Law

HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
630-336-4283
haller@haller-iplaw.com
www.haller-iplaw.com
***********************
** LEGAL DISCLAIMER **
***********************
This E-mail message and any attachments may contain legally privileged,
confidential or proprietary information. If you are not the intended
recipient(s), or the employee or agent responsible for delivery of this
message to the intended recipient(s), you are hereby notified that any
dissemination, distribution or copying of this E-mail message is strictly
prohibited. If you have received this message in error, please immediately
notify the sender and delete this E-mail message from your computer.

**From:** Reiter, Mark <MReiter@gibsondunn.com>
**Sent:** Monday, April 06, 2020 6:48 PM
**To:** Timothy Haller <haller@haller-iplaw.com>; gp@del-iplaw.com
**Cc:** Buroker, Brian M. <BBuroker@gibsondunn.com>; Katy Dickman <dickman@haller-iplaw.com>
**Subject:** Re: Internet Media Interactive v. Shopify

Hi Tim,

I am around all day - feel free to call when good.  If I don't answer, just leave a message and I
will call you back.

Mark

**Mark Reiter**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100, Dallas, TX 75201
Tel +1 214.698.3360 • Fax +1 214.571.2907
MReiter@gibsondunn.com • www.gibsondunn.com

---

**From:** Timothy Haller <haller@haller-iplaw.com>
**Sent:** Monday, April 6, 2020 4:50 PM
**To:** Reiter, Mark; gp@del-iplaw.com
**Cc:** Buroker, Brian M.; Katy Dickman
**Subject:** RE: Internet Media Interactive v. Shopify

[External Email]

Mark—I am in FL(ET zone) and sort of out of time today---is there  good time(s) to call you tomorrow to chat about this?
Regards,   Tim

Timothy J. Haller



HALLER LAW PLLC

230 E Delaware Pl, Ste 5E

Chicago, IL 60611

630-336-4283

haller@haller-iplaw.com

www.haller-iplaw.com

**********************

** LEGAL DISCLAIMER **

**********************

This E-mail message and any attachments may contain legally privileged,

confidential or proprietary information. If you are not the intended

recipient(s), or the employee or agent responsible for delivery of this

message to the intended recipient(s), you are hereby notified that any

dissemination, distribution or copying of this E-mail message is strictly

prohibited. If you have received this message in error, please immediately

notify the sender and delete this E-mail message from your computer.

**From:** Reiter, Mark <MReiter@gibsondunn.com>
**Sent:** Monday, April 06, 2020 2:17 PM
**To:** Timothy Haller <haller@haller-iplaw.com>; gp@del-iplaw.com
**Cc:** Buroker, Brian M. <BBuroker@gibsondunn.com>
**Subject:** Internet Media Interactive v. Shopify


Dear Tim,


We have been retained to represent Shopify in the case filed by Internet Media Interactive in Delaware.  The docket indicates that Internet Media served the summons on March 25 and that response to the complaint is due April 15.  Shopify has no record of being served and is not registered to do business in Delaware.  Nonetheless, Shopify seeks an extension to respond to the complaint to May 29, 2020.  I understand from George Pazuniak that he would be able to file the requested extension if you agree.


Please let me know if the extension is acceptable.  If so, I will send a draft of the papers to be filed to George.  I am happy to discuss if you have questions and can be reached on my mobile number below.


Thank you,


Mark


**Mark Reiter**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100, Dallas, TX 75201
Tel +1 214.698.3360 • Mobile +1 214.693.1035
MReiter@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.